OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __8/20/2018__

__Betty J. Johnson__

vs.

__Investor Equities, LLC et al.__

Case No. __2:18-cv-7930__ Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Investor Equities, LLC through Registered Agent Albert J Derbes, III__
   (address) __3027 Ridgelake Dr., Metairie, LA 70002__
2. (name) __GrayStar Mortgage, LLC Through registered Agent Randy D. Levitt__
   (address) __5325 Rebecca Blvd., Kenner, LA 70065__
3. (name) __Michael Brown__
   (address) __1541 Washington Ave., New Orleans, LA 70130__
4. (name) _____
   (address) _____

Very truly yours,

__/s/ Anthony Santorio__
"Signature"
Anthony Santorio

Attorney for __Betty J. Johnson__
                 SLLS
Address __1340 Poydras St., Suite 600__
        __New Orleans, LA 70112__