IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON<br>*Plaintiff*, | )<br>)<br>) |
| vs. | ) Civil Action No.: 2:18-cv-7930<br>) |
| INVESTOR EQUITIES, L.L.C.,<br>a Louisiana limited liability company<br>doing business in the State of Louisiana, | ) SECTION:<br>)<br>)<br>) |
| GRAYSTAR MORTGAGE, L.L.C.,<br>a Louisiana limited liability company<br>doing business in the State of Louisiana, | ) MAGISTRATE DIVISION:<br>)<br>)<br>) |
| MICHAEL BROWN,<br>*Defendants*. | )<br>)<br>) |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Ms. Betty Johnson, pursuant to 28 U.S.C. § 1915 et seq., moves the Court for an order allowing her to file and prosecute this cause *in forma pauperis*. This motion is supported by the Court's application to proceed in forma pauperis and supporting memorandum.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/Anthony Sartorio

ANTHONY SARTORIO, LSBA Bar No. 32675
DAVID H. WILLIAMS, LSBA Bar No. 17867
1340 Poydras St., Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000, ext. 235
Fax: (504) 596-2241
Attorneys for Betty Johnson