IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON<br>*Plaintiff,*<br><br>vs.<br><br>INVESTOR EQUITIES, L.L.C.,<br>    a Louisiana limited liability company<br>    doing business in the State of Louisiana,<br><br>GRAYSTAR MORTGAGE, L.L.C.,<br>    a Louisiana limited liability company<br>    doing business in the State of Louisiana,<br><br>MICHAEL BROWN,<br>    *Defendants.* | Civil Action No.: 2:18-cv-7930<br><br>SECTION:<br><br>MAGISTRATE DIVISION: |

## MEMORANDUM IN SUPPORT OF MOTION FOR
## LEAVE TO FILE IN FORMA PAUPERIS

Plaintiff seeks leave to proceed in forma pauperis in this case seeking damages and rescission of loans in violation of the Truth in Lending Act and the Home Ownership and Equity Protection Act. Her financial declaration is attached in support of the motion. 28 U.S.C. § 1915 provides that:

> [A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/Anthony Sartorio
ANTHONY SARTORIO, LSBA Bar No. 32675
DAVID H. WILLIAMS, LSBA Bar No. 17867
1340 Poydras St., Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000, ext. 235
Fax: (504) 596-2241
Attorneys for Betty Johnson