## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BETTY J. JOHNSON**<br>    *Plaintiff,* | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | Civil Action No.: 2:18-cv-7930 |
| | ) | |
| **INVESTOR EQUITIES, L.L.C.,** | ) | SECTION: |
|     **a Louisiana limited liability company** | ) | |
|     **doing business in the State of Louisiana,** | ) | |
| | ) | MAGISTRATE DIVISION: |
| **GRAYSTAR MORTGAGE, L.L.C.,** | ) | |
|     **a Louisiana limited liability company** | ) | |
|     **doing business in the State of Louisiana,** | ) | |
| | ) | |
| **MICHAEL BROWN,** | ) | |
|     *Defendants.* | ) | |

### ORDER

Considering the foregoing Application to Proceed *in forma pauperis,*

IT IS ORDERED that Betty Johnson be allowed to file and prosecute this case *in forma pauperis.*

New Orleans, Louisiana this_____day _____2018.

_____
UNITED STATES JUDGE