CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☒ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)

IN THE CASE OF: Betty J. Johnson v. Investor Equities, LLC et al.

FOR:
AT:

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name): Betty J. Johnson

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge:
District Court: 2:18-cv-7930
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? 08/2014
- How much did you earn per month? $ 300.00
- If married, is your spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No

| RECEIVED | SOURCES |
|---|---|
| $ 691.00 | Social Security Benefits |
| $ 106.00 | Food Stamps |

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 89,000.00 | This property is in foreclosure and subject of this suit for relief under TILA and HOEPA. Current mortgage against property is for $75,000.00. |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Electric and Water and phone | $ | $ 253.00 |
| Food | $ | $ 156.00 |
| credit cards and property taxes | $ | $ 88.33 |
| transportation | $ | $ 100.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Betty J. Johnson

Date: 08/20/2018