

**Department of Children & Family Services**
*Building a Stronger Louisiana*

Current Date: August 21, 2017

### Head of Household Information:

| Name | SSN | CID | Parish | Residential Address | Mailing Address | Phone Number | Alt Contact Number | E-Mail Address |
|---|---|---|---|---|---|---|---|---|
| BETTY JOHNSON | | | 36 - ORLEANS - MIDTOWN | 4842 STRASBOURG PLAC NEW ORLEANS LA 70129 | 4842 STRASBOURG PLAC NEW ORLEANS LA 70129 | | | |

### AMI Details:

### Case Information:

| Program Name | Application Date | Cert From Date | Cert Thru Date | SR Due Month | Last Issued Date | Worker / Caseload | Benefit Amount | Status | Closure / Rejection Code |
|---|---|---|---|---|---|---|---|---|---|
| ▼ FITAP | | | | | | | | | |
| September 2017 | 12-01-1995 | 12-01-1995 | 08-01-1996 | | | E31/E31 | $0.00 | CLOSED | 09 |
| August 2017 | 12-01-1995 | 12-01-1995 | 08-01-1996 | | | E31/E31 | $0.00 | CLOSED | 09 |
| July 2017 | 12-01-1995 | 12-01-1995 | 08-01-1996 | | | E31/E31 | $0.00 | CLOSED | 09 |
| ▼ SNAP - PA/NP | | | | | | | | | |
| September 2017 | 01-02-2014 | 05-01-2016 | 04-01-2018 | 04/2017 | | E31/E31 | $0.00 | ACTIVE | |
| August 2017 | 01-02-2014 | 05-01-2016 | 04-01-2018 | 04/2017 | 08-01-2017 | E31/E31 | $106.00 | ACTIVE | |
| July 2017 | 01-02-2014 | 05-01-2016 | 04-01-2018 | 04/2017 | 07-01-2017 | E31/E31 | $106.00 | ACTIVE | |

### Member Information

| Program Name | Name | SSN | Birth Date | Include Code / Reason | Expense Type | Expense Amount | Unearned Income Type | Unearned Income Amount | Earned Income |
|---|---|---|---|---|---|---|---|---|---|
| ▼ SNAP - PA/NP | | | | | | | | | |
| ▼ September 2017 | | | | | | | | | |
| 1 | BETTY JOHNSON | | | 01/00 | SR/M SUA1 | $138.00 $349.00 | SSA | $677.00 | $0.00 |
| 2 | TERRANCE BROWN | | | 05/09 | -- | $0.00 | -- | $0.00 | $0.00 |
| ▼ August 2017 | | | | | | | | | |
| 1 | BETTY JOHNSON | | | 01/00 | SR/M SUA1 | $138.00 $349.00 | SSA | $677.00 | $0.00 |
| 2 | TERRANCE BROWN | | | 05/09 | -- | $0.00 | -- | $0.00 | $0.00 |
| ▼ July 2017 | | | | | | | | | |
| 1 | BETTY JOHNSON | | | 01/00 | SR/M SUA1 | $138.00 $349.00 | SSA | $677.00 | $0.00 |
| 2 | TERRANCE BROWN | | | 05/09 | -- | $0.00 | -- | $0.00 | $0.00 |

Worker Signature _____   Date _____

