UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON,<br>        Plaintiff<br><br>v.<br><br>INVESTOR EQUITIES, L.L.C.,<br>GRAYSTAR MORTGAGE, L.L.C., AND<br>MICHAEL BROWN,<br>        Defendants. | CIVIL ACTION<br><br>NO. 2:18-cv-07930<br><br>SECTION "S", MAG. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

## **ORDER**

Considering the foregoing *Ex Parte Motion for Extension of Time* filed by Graystar Mortgage, L.L.C.,

**IT IS HEREBY ORDERED** that Graystar Mortgage, L.L.C.'s Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Graystar Mortgage, L.L.C. is granted through and including **October 24, 2018** within which to file responsive pleadings in response to the Complaint for Rescission, Damages, and Declaratory Relief filed by Plaintiff, Betty Johnson.

New Orleans, Louisiana, this ____2nd____ day of October, 2018.

_____
**UNITED STATES DISTRICT JUDGE**