IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON<br> *Plaintiff*,<br><br>vs.<br><br>INVESTOR EQUITIES, L.L.C.,<br> a Louisiana limited liability company<br> doing business in the State of Louisiana,<br><br>GRAYSTAR MORTGAGE, L.L.C.,<br> a Louisiana limited liability company<br> doing business in the State of Louisiana,<br><br>MICHAEL BROWN,<br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION No. 2:18-cv-07930<br><br>SECTION S, MAG. 2<br><br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st of November, 2018, I electronically filed a copy of the foregoing Request For Entry of Discharge, as well as this Certificate of Service, by using the CM/ECF system which will send a notice of electronic filing to:

William W. Blevins, Clerk of Court
500 Poydras Street
Room C151
New Orleans, LA 70130
(504) 589-7600

I hereby further certify that on 1st of November, 2018, I sent a copy of the foregoing Motion to the below defendant by forwarding the same via first class United States Mail, properly addressed and postage prepaid, to the following address:

Michael Brown
1541 Washington Ave.
New Orleans, LA 70130

              Respectfully submitted,

              SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/Anthony Sartorio

ANTHONY SARTORIO, LSBA Bar No. 32675
DAVID H. WILLIAMS, LSBA Bar No. 17867
1340 Poydras St., Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000, ext. 235
Fax: (504) 596-2241
Attorneys for Betty Johnson