IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON<br>*Plaintiff,*<br><br>vs.<br><br>INVESTOR EQUITIES, L.L.C.,<br>   a Louisiana limited liability company<br>   doing business in the State of Louisiana,<br><br>GRAYSTAR MORTGAGE, L.L.C.,<br>   a Louisiana limited liability company<br>   doing business in the State of Louisiana,<br><br>MICHAEL BROWN,<br>*Defendants.* | CIVIL ACTION No. 2:18-cv-07930<br><br>SECTION S, MAG. 2<br><br>JUDGE MARY ANN VIAL<br>LEMMON<br><br>MAGISTRATE JOSEPH C.<br>WILKINSON, JR. |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT

I, Anthony Sartorio, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in this action.

2. A Complaint was filed herein on August 20, 2018, and service of process was had on the defendant, Michael Brown, on September 6, 2018 by the United States Marshals Service.

3. More than twenty one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
Anthony Sartorio,
Attorney for Betty Johnson

Sworn to and subscribed before
Me this 1st day of November,
2018.

STEVEN DAVID REED
NOTARY PUBLIC #133606
PARISH OF JEFFERSON
STATE OF LOUISIANA
MY COMM. EXP. UPON DEATH