IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J. JOHNSON<br>*Plaintiff*,<br><br>vs.<br><br>INVESTOR EQUITIES, L.L.C.,<br>  a Louisiana limited liability company<br>  doing business in the State of Louisiana,<br><br>GRAYSTAR MORTGAGE, L.L.C.,<br>  a Louisiana limited liability company<br>  doing business in the State of Louisiana,<br><br>MICHAEL BROWN,<br>*Defendants*. | CIVIL ACTION No. 2:18-cv-07930<br><br>SECTION S, MAG. 2<br><br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on August 20, 2018; that the summons and complaint were duly served upon the defendant, Michael Brown, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Michael Brown, as provided in Rule 55(a), Federal Rules of Civil Prcoedure.

William W. Blevins, Clerk of Court

By:_____
       Deputy Clerk