UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY J JOHNSON | CIVIL ACTION |
| VERSUS | NO. 18-7930 |
| INVESTOR EQUITIES, LLC ET AL | SECTION "S" (2) |

## SCHEDULING CONFERENCE NOTICE

A **SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **DECEMBER 17, 2018 at 2:00 p.m.** for the purpose of setting pre-trial deadlines and a trial on the merits.

The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager. The Court will call the attorney designated on the docket sheet as "Lead Attorney" for each party. **If an attorney other than Lead Counsel is to participate, counsel are to contact the case manager prior to the conference in order to provide the appropriate contact information.**

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: Erin Mouledous
    Case Manager
    (504) 589-7695

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

# IMPORTANT NOTICE TO COUNSEL

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

*WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE WORKING DAYS PRIOR TO THE PRELIMINARY CONFERENCE.