UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BETTY J JOHNSON                                    CIVIL ACTION

VERSUS                                             NO. 18-7930

INVESTOR EQUITIES, LLC ET AL                       SECTION: S (2)

## SCHEDULING ORDER

A Scheduling Conference was held December 17, 2018.

Participating were:
 ANTHONY SARTORIO, for plaintiff, Betty J Johnson
 STEPHEN RIDER, for defendants, Investor Equities, LLC & Michael Brown
 RICHARD B CROHAN, for defendant, Graystar Mortgage, LLC

Issue is joined as to all parties. Jurisdiction and venue are established.

Counsel shall complete all disclosure of information as follows:

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed and must be exchanged no later than January 11, 2019.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **JANUARY 25, 2019,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **JUNE 17, 2019.**

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **JULY 16, 2019.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **AUGUST 16, 2019.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **AUGUST 16, 2019**.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit a submission date no later than **SEPTEMBER 4, 2019.** All motions filed in violation of this Order shall be deemed waived unless good cause is shown. All other motions in limine shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

The parties were advised that a settlement conference before the Magistrate Judge should be scheduled and held no later than **OCTOBER 3, 2019**.

A Final Pretrial Conference will be held on **OCTOBER 17, 2019 at 2:30 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on **NOVEMBER 4, 2019 at 9:00 a.m.** before the District Judge WITHOUT a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last two (2) days.

*If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and information on these services including conference room reservations can be found at [http://nofba.org](http://nofba.org) or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or [fbaneworleans@gmail.com.](mailto:fbaneworleans@gmail.com)*

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By:    Erin Mouledous**
       **Case Manager**
       **504-589-7695**