UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY J. JOHNSON | * | CIVIL ACTION NO. 2:18-cv-07930 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | SECTION S, MAG. 2 |
| | * | |
| INVESTOR EQUITIES, L.L.C., GRAYSTAR | * | JUDGE MARY ANN VIAL |
| MORTGAGE, L.L.C., AND MICHAEL BROWN, | * | LEMMON |
| | * | |
| Defendants. | * | MAGISTRATE JOSEPH C. |
| | * | WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AND ENROLL COUNSEL OF RECORD

Defendants, Investor Equities, L.L.C. ("Investor Equities") and Michael Brown (collectively, Investor Equities and Michael Brown are referred to as "Defendants"), respectfully request this Court withdraw Mark R. Deethardt, (La. Bar No. 34511) as counsel of record and enroll additional counsel of record. In particular, Defendants request that Sarah E. Edwards (La. Bar No. 36444) of the McGlinchey Stafford, PLLC law firm be enrolled as additional counsel of record in this proceeding, along with current counsel for Defendants', Stephen W. Rider.

WHEREFORE, the Defendants respectfully request that the Court grant this Motion and withdraw Mark R. Deethardt (La. Bar No. 34511) as counsel of record and enroll Sarah E. Edwards (La. Bar No. 36444) as additional counsel of record in this proceeding.

Respectfully submitted on this 26th day of March, 2019.

*/s/ Mark R. Deethardt*
**STEPHEN W. RIDER, T.A. (#02071)**
**MARK R. DEETHARDT (#34511)**
**SARAH E. EDWARDS (#36444)**
McGlinchey Stafford, PLLC
12th Floor, 601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
srider@mcglinchey.com
mdeethardt@mcglinchey.com
sedwards@mcglinchey.com

*Attorneys for Defendants: Investor Equities, L.L.C.*
*and Michael Brown*

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and unrepresented parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 26th day of March, 2019.

*/s/ Mark R. Deethardt*
**MARK R. DEETHARDT**

2