UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BETTY J. JOHNSON | * | CIVIL ACTION NO. 2:18-cv-07930 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | SECTION S, MAG. 2 |
| | * | |
| INVESTOR EQUITIES, L.L.C., GRAYSTAR | * | JUDGE MARY ANN VIAL |
| MORTGAGE, L.L.C., AND MICHAEL BROWN, | * | LEMMON |
| | * | |
| Defendants. | * | MAGISTRATE JOSEPH C. |
| | * | WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Withdraw and Enroll Counsel of Record filed by Defendants, Investor Equities, L.L.C. and Michael Brown (collectively, Investor Equities and Michael Brown are referred to as "Defendants"),

IT IS HEREBY ORDERED that Defendants' Motion is granted and Mark R. Deethardt (La. Bar No. 34511) is hereby withdrawn as counsel of record and Sarah E. Edwards (La. Bar No. 36444) of the McGlinchey Stafford, PLLC law firm is enrolled as additional counsel of record in this proceeding.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
Honorable Mary Ann Vial Lemmon
United States District Judge