UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNSON | CIVIL ACTION |
| VERSUS | NO: 18-7930 |
| INVESTOR EQUITIES, LLC ET AL. | SECTION: "S" (2) |

**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference.  Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 29th day of July, 2019.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE